IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **AMERICAN SAFETY INDEMNITY COMPANY**, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CIVIL ACTION NO. 15-056-CG-M ) |
| **MILLER SERVICES NETWORK, INC. d/b/a COASTAL WASTE SERVICES, et al.,** | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Counsel for the parties notified the court that this action has settled. Accordingly, it is **ORDERED** that all claims in the above-styled action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate the action within sixty (60) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this 12th day of August, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE